UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GREATER NEW YORK MUTUAL INSURANCE COMPANY,

           Plaintiff,

-against-

PHILADELPHIA INDEMNITY INSURANCE CO.,

           Defendant.

------------------------------------- x

ORDER

20 Civ. 1320 (GBD)

GEORGE B. DANIELS, District Judge:

    The May 21, 2020 initial conference is adjourned to August 13, 2020 at 9:30 a.m.

Dated: May 5, 2020
       New York, New York

SO ORDERED.

*(signed)* GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE