UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
GREATER NEW YORK MUTUAL INSURANCE :
COMPANY, :
:
Plaintiff, :
: ORDER
-against- :
: 20 Civ. 1320 (GBD)
PHILADELPHIA INDEMNITY INSURANCE :
COMPANY, *100 Bala Plaza, Suite 100, Bala* :
*Cynwyd, PA 19004, 610-617-7900*, :
:
Defendant. :
------------------------------------ x
GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: July 1, 2020
       New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge